## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DEBORAH A. MITCHELL**                                          **PLAINTIFF**

**v.**                                          **CAUSE NO. 1:24-cv-171-LG-BWR**

**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**

### JUDGMENT OF DISMISSAL WITH PREJUDICE

In accordance with the Court's Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** the Report and Recommendation [13] entered by United States Magistrate Judge Bradley W. Rath, be, and the same hereby is, **ADOPTED** as the finding of this Court.  This lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 23rd day of September, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE